EDWIN L. JONES AND OTHERS, HEIRS AT LAW, AND LUCY D. JONES AND ANOTHER, ADMINISTRATRIX AND ADMINISTRATOR, ETC., OF DUDLEY H. JONES, DECEASED, APPELLANTS, *v.* ELBERT O. SMITH, RESPONDENT.

*Ejectment — Patent line — what evidence admissible to establish — what sufficient to establish a line by acquiescence.*

Upon the trial of an action of ejectment, in order to establish a patent line, evidence as to its location was given by persons who had been conversant with the patents, and with their recognized boundaries, for many years, and who knew the line between them by tradition; knew of its recognition by those owning lands bounded by such line, and had also traced it by ancient maps purporting to represent it. *Held*, that the evidence was properly admitted.

*Van Rensselaer* v. *Vickery* (3 Lans., 57) followed.

To establish a line by practical location, it must appear that it has been actually created and acquiesced in for a long period of time, generally not less than twenty years;[*] and mutual recognition of the line, and acquiescence in it by the parties, are necessary requisites.[†]

APPEAL from a judgment in favor of the defendant, entered upon the trial of this action at the circuit.

*R. L. Hand*, for the appellant.

*Francis A. Smith*, for the respondent.

Opinion by BOOKES, P. J.

Present — BOOKES, P. J., HARDIN and COUNTRYMAN, JJ.

Judgment affirmed, with costs.

[*] Reed v. Farr, 35 N. Y., 113.

[†] Corning v. Troy Iron and Nail Factory, 44 N. Y., 577; Hubbell v. McCullough, 47 Barb., 287.